COMMONWEALTH WATER COMPANY, Appellant and Respondent, *v.* JEWISH NATIONAL WORKERS' ALLIANCE OF AMERICA et al., Respondents and Appellants, Impleaded with Another.

Argued May 22, 1939; decided July 11, 1939.

646

*Carl Sherman* for defendants, respondents and appellants.
*Allan R. Campbell* for plaintiff, appellant and respondent.

Judgment affirmed, without costs; no opinion.

CONCUR: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J. Taking no part: O'BRIEN, J.